## Case No. 3,465.

### CULL v. ALLEN.

[1 Cranch, C. C. 45.]¹

Circuit Court, District of Columbia. Dec. Term, 1801.

PRACTICE—PLEADING—FOREIGN JUDGMENT.

Oyer of the record of a judgment of another state will not be given if not prayed before the expiration of the rule to plead.

Debt on a judgment of a court in Vermont. A rule to plead was laid at June term, 1801. THE COURT at September term was wholly occupied in the trial of the cause of Forrest v. Hanson [Case No. 4,942].

The defendant now prays oyer of the judgment and record of the recovery. And the plaintiff moves for judgment on the rule to plead.

THE COURT refused to compel the plaintiff to give oyer of the record; permitted the defendant to plead by ten o'clock the next day; and continued the cause.